**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                                                                     CASE NO. 3:97CR85LAC

DWIGHT SPENCER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    September 6, 2007

Motion/Pleadings: MOTION FOR RECONSIDERATION

Filed by DEFENDANT PRO SE    on 8/23/2007    Doc.# 113

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of September, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Having considered the objections filed (doc 112), the Court affirms its order of 15 August 2007 (doc 111) which remains in full force and effect.*

                                                                   *s/L.A. Collier*
                                                                   ***LACEY A. COLLIER***
                                                      *Senior United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
                  Document No.
```