UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:97cr85 LAC

DWIGHT M. SPENCER

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MARCH 11, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE   on March 10, 2008   Doc.# 132

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 28th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court sentenced the defendant to life imprisonment as required by statute. Although the defendant's guideline range is reduced by this guideline amendment, his sentence still remains the same, life imprisonment, under 21 U.S.C.§841(b)(1)(A)(iii).*

s/*L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.