UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO.  3:97cr85/LAC

DWIGHT M. SPENCER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __October 23, 2008__
Motion/Pleadings: __MOTION TO REVIEW PREVIOUSLY FILED MOTION UNDER 3582(c)(2) - CRACK COCAINE AMENDMENT §706-715__
Filed by __Defendant pro se__ on __10/09/2008__ Doc.# __149__
RESPONSES:

___ on ___ Doc.# ___
___ on ___ Doc.# ___

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*
LC (1 OR 2)                    Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of October, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) ___*

s/ *L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: ___ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:___

Document No.