**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO. 3:97cr85/LAC

DWIGHT SPENCER

### REFERRAL AND ORDER

Referred to Senior Judge Lacey A. Collier on: __December 24, 2008__
Motion/Pleadings: __Ex Parte Motion for judicial review to determine finding of fact and conclusions of law regarding the warrant for removal__
Filed by __Deft pro se__ on __12/12/2008__ Doc.# __153__
RESPONSES:

                                           on _____  Doc.# _____
                                           on _____  Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               _s/Mary Maloy_
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of December, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) No basis in law.*

                                                         *s/L.A. Collier*
                                                       **LACEY A. COLLIER**
                                       *Senior United States District Judge*