# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                        CASE NO.  3:97cr85-01/LAC

DWIGHT M. SPENCER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____April 5, 2010_____

Motion/Pleadings:__MOTION FOR RECONSIDERATION re [161] Order on Motion FOR RELIEF PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 60(b)(2)(3)___

Filed by__DEFENDANT_____ on___3/10/2010_____ Doc.#__164_____

RESPONSES:

_____NONE_____ on_____ Doc.#_____

_____ on_____ Doc.#_____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed   _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

_____

LC (1 OR 2)                 Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of April, 2010, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

_____

_____

_____

*s/L.A. Collier*

_____

**LACEY A. COLLIER**
***Senior United States District Judge***